UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| METRO FIBERNET, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-03070-JPH-DML |
| AT&T, INC., CLEAR HOME, INC., CHAD LABONTE, RYAN MARGERISON, | ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on Metro Fibernet, LLC's Motion for Temporary Restraining Order and Motion for Preliminary Injunction. Dkt 5. Magistrate Judge Debra McVicker Lynch will schedule a telephonic conference with counsel to discuss a briefing schedule, whether a preliminary injunction hearing is necessary, when such hearing should be held, the estimated time required for such hearing, and other issues related to the Court's resolution of Metro Fibernet's Motion, dkt. 5.

**SO ORDERED.**

Date: 7/29/2019

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Jonathan A. Bont
PAGANELLI LAW GROUP
jon@paganelligroup.com

1

Ian P. Goodman
PAGANELLI LAW GROUP
ian@paganelligroup.com

Mackenzie Elizabeth Skalski
PAGANELLI LAW GROUP
Mackenzie@paganelligroup.com