UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| METRO FIBERNET, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:19-cv-03070-JPH-DML |
| | ) | |
| AT&T, INC., CLEAR HOME, INC., | ) | |
| CHAD LABONTE, and | ) | |
| RYAN MARGERISON, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION TO ENTER AN AGREED ORDER

Plaintiff Metro Fibernet, LLC ("MetroNet"), by counsel, hereby moves the Court to enter a temporary restraining order agreed to by MetroNet and Clear Home, Inc.. Counsel for MetroNet conferred with counsel for Clear Home, Inc., and counsel for AT&T, Inc. who advised they have no objection to the entry of the agreed temporary restraining order, which is being submitted contemporaneously with this filing.

Respectfully submitted,

*/s/ Jonathan A. Bont*
Jonathan A. Bont, Attorney No. 28476-49
Ian P. Goodman, Attorney No. 30645-59
Mackenzie E. Skalski, Attorney No. 34203-64
Paganelli Law Group
10401 N. Meridian St., Suite 450
Indianapolis, IN 46290
Phone:      317.550.1855
Fax:        317.569.6016
E-Mail:     jon@paganelligroup.com
            ian@paganelligroup.com
            mackenzie@paganelligroup.com

*Counsel for Plaintiff, Metro Fibernet, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2019, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Breaden M. Douthett
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3485
bdouthett@bakerlaw.com

Melissa D. Bertke
Baker & Hostetler, LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114

Richard M. Knoth
BAKER & HOSTETLER LLP
3200 National City Center
1900 E. 9th Street
Cleveland, OH 44114
rknoth@bakerlaw.com

Jon F. Pfeifer
THE CANNON LAW GROUP, PLLC
53 600 E.
Salt Lake City, UT 84102

Keith L. Hancock
CATE TERRY & GOOKINS LLC
301 East Carmel Drive
Suite C-300
Carmel, IN 46032

khancock@ctglaw.com

/s/ Jonathan A. Bont
Jonathan A. Bont (28476-49)