UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| METRO FIBERNET, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:19-cv-03070-JPH-DML |
| | ) |
| AT&T, INC., | ) |
| CLEAR HOME, INC., | ) |
| CHAD LABONTE, | ) |
| RYAN MARGERISON, | ) |
| | ) |
| Defendants. | ) |

**AGREED TEMPORARY RESTRAINING ORDER**

Plaintiff Metro Fibernet, LLC ("MetroNet") having filed its Motion to Enter an Agreed Temporary Restraining Order, and the Court being duly advised in the premises, hereby ORDERS as follows:

Defendants Clear Home, Inc., its employees, officers, parent companies, agents, assigns and subsidiaries (collectively, "Restrained Defendants") are hereby ORDERED to refrain from any misrepresentations claimed in Plaintiff's complaint. Specifically, Restrained Defendants are prohibited from suggesting in any way to MetroNet's customers anything to the effect that AT&T, Inc. and/or DirecTV have acquired or are affiliated in any way with MetroNet, that MetroNet's customers need to upgrade their services and/or equipment or else their MetroNet services will be cancelled, and/or that they work for MetroNet (hereafter, "Misrepresentations"). Restrained Defendants are prohibited from making the Misrepresentations for any purpose, including that of inducing

1

MetroNet's customers to cease their contractual relationship with MetroNet and initiating a contractual relationship with AT&T, Inc. or DirecTV.

**SO ORDERED.**

Date: 8/8/2019

Distribution:

Melissa D. Bertke
Baker & Hostetler, LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114

Jonathan A. Bont
PAGANELLI LAW GROUP
jon@paganelligroup.com

Breaden M. Douthett
BAKER & HOSTETLER LLP
bdouthett@bakerlaw.com

Ian P. Goodman
PAGANELLI LAW GROUP
ian@paganelligroup.com

Keith L. Hancock
CATE TERRY & GOOKINS LLC
khancock@ctglaw.com

Richard M. Knoth
BAKER & HOSTETLER LLP
rknoth@bakerlaw.com

Jon F. Pfeifer
THE CANNON LAW GROUP, PLLC
53 600 E.
Salt Lake City, UT 84102

Mackenzie Elizabeth Skalski
PAGANELLI LAW GROUP
Mackenzie@paganelligroup.com

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

2

Chad Labonte
2343 W. Main St.
Apt. 2005
Mesa, AZ 85201

Ryan Margerison
8014 Silverleaf Dr., Apt. 78
Indianapolis, IN 46260